# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

132600(46)

BRUCE MAY,
        Plaintiff-Appellant,

v

MIKE GREINER,
        Defendant-Appellee,
and

MARK STEENBERGH,
        Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132600
COA: 269516
Macomb CC: 05-001512-NO

      On order of the Court, the motion for reconsideration of this Court's February 27, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

d0618

_____
Clerk